PETER E. MASAITIS (State Bar No. 202006)
BRIAN PARK (State Bar No. 260304)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: michael.hartley@alston.com
peter.masaitis@alston.com

Attorneys for Defendants
GIFTANGO LLC, and
GIFTANGO CORPORATION



IT IS SO ORDERED
Judge Susan Illston

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKHAWK NETWORK, INC. an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIFTANGO LLC, a Delaware limited liability company, and GIFTANGO CORPORATION, an Oregon corporation, ,<br><br>Defendants. | Case No.: 4:13-cv-00874-SI<br><br>Honorable Susan Illston<br>Courtroom 10<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Filing Date: February 26, 2013 |

Plaintiff Blackhawk Network, Inc. ("Plaintiff") and defendants Giftango LLC and Giftango Corporation ("Defendants") (Plaintiff and Defendants shall collectively be referred to herein as the "Parties") hereby agree and stipulate as follows:

1. On February 26, 2013, Plaintiff filed the instant action against Defendants in the United States District Court for the Northern District of California. The Complaint was thereafter served on Defendants on March 4, 2013.

2. Defendants' response to the Complaint was originally due on March 25, 2013.

3. After the Complaint was filed, the Parties began negotiating an informal resolution to the instant action, and in order to allow the Parties time to conclude those negotiations, the Parties agreed to extend the time for Defendants to respond to the Complaint.

4. On April 2, 2013, the Defendants filed the *Stipulation to Extend Time to Respond to Complaint*, which memorialized the Parties' stipulation to allow Defendants up to and including April 29, 2013, to respond to the Complaint.

5. The Parties continue to negotiate an informal resolution to the instant action, as well as broader negotiations aimed at resolving other, related litigation matters, and in order to allow the Parties time to conclude those negotiations without incurring additional costs to litigate this case, the Parties have agreed to further extend the time for Defendants to respond to the Complaint.

6. The Parties' stipulation to further extend the time for Defendants to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

///
///
///
///
///

NOW THEREFORE, the Parties hereby agree and stipulate that Defendants shall have up to and including June 17, 2013 to respond to the Complaint.

DATED: May 16, 2013

**GREENAN, PEFFER, SALLANDER & LALLY LLP**

_____
JOHN P. MAKIN
Attorneys for Plaintiff
BLACKHAWK NETWORK, INC.

DATED: May 16, 2013

**ALSTON & BIRD LLP**

_____
PETER E. MASAITIS
Attorneys for Defendants
GIFTANGO LLC, and
GIFTANGO CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2013, I caused a copy of the **STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** to be served upon the following counsel in the manner described below:

*Via the Court's CM/ECF system and E-mail:*

John P. Makin, Esq.
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
(925) 866-1000 Telephone
(925) 830-8787 Facsimile
jmakin@gpsllp.com

David P.R. Symes, Esq.
James M. Barrett, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
(925) 866-1000 Telephone
(925) 830-8787 Facsimile
david.symes@ogletreedeakins.com
james.barrett@ogletreedeakins.com

**Attorneys for Plaintiffs Blackhawk Network, Inc., an Arizona Corporation**

By: /s/ Peter E. Masaitis
**Attorney for Defendants
GIFTANGO LLC and GIFTANGO CORPORATION**

LEGAL02/34127679v1