John P. Makin (SBN 88853)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Plaintiff BLACKHAWK NETWORK, INC.

**GRANTED**
[Signature]
Judge Susan Illston

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKHAWK NETWORK, INC., an Arizona corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>GIFTANGO LLC, a Delaware limited liability company, and GIFTANGO CORPORATION, an Oregon corporation,,<br><br>           Defendants. | Case No.: 4:13-cv-00874-SI<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Date:<br>Time:<br>Dept:   Courtroom 10<br>Judge: Honorable Susan Illston<br><br>Action Filed: February 26, 2013 |

Plaintiff Blackhawk Network, Inc. ("Plaintiff') and defendants Giftango LLC and Giftango Corporation ("Defendants") (Plaintiff and Defendants shall collectively be referred to herein as the "Parties") hereby agree and stipulate as follows:

1. On February 26, 2013, Plaintiff filed the instant action against Defendants in the United States District Court for the Northern District of California. The Complaint was thereafter served on Defendants on March 4, 2013.

2. Defendants' response to the Complaint was originally due on March 25, 2013.

3. After the Complaint was filed, the Parties began negotiating an informal resolution to the instant action, and in order to allow the Parties time to conclude those negotiations, the Parties agreed to extend the time for Defendants to respond to the Complaint.

4. On April 2, 2013, the Defendants filed the *Stipulation to Extend Time to Respond to Complaint*, which memorialized the Parties' stipulation to allow Defendants up to and including April 29, 2013, to respond to the Complaint.

5. The Parties continued to negotiate an informal resolution to the instant action, as well as broader negotiations aimed at resolving other, related litigation matters, and in order to allow the Parties time to conclude those negotiations without incurring additional costs to litigate this case, the Parties have agreed to further extend the time for Defendants to respond to the Complaint.

6. The parties filed a May 16, 2013 stipulation that allowed Defendants up to and including June 17, 2013 to respond to the complaint.

7. The parties have continued to negotiate a global resolution of related litigation matters including this action and appear to be closing in on a final set of terms. However, such terms may include a period for due diligence after execution before the global resolution is final.

8. The Case Management Conference in this action is scheduled for 2:30 p.m., Friday, June 14, 2013. In light of the Parties progress and timing, the Parties suggest and request that in order to avoid additional costs or imposition on the Court's time and resources the Case Management Conference should be continued to 2:30 p.m., Friday, September 6, 2013.

Case3:13-cv-00874-SI   Document29   Filed06/13/13   Page3 of 3

9. For the same reasons, the Parties agree and stipulate that Defendants shall have up to and including August 30, 2013 to respond to the complaint.

Dated: June 10, 2013

ALSTON & BIRD LLP

By: _____
Peter E. Masaitis
Attorneys for Defendants
GIFTANGO LLC and
GIFTANGO CORPORATION

Dated: June 10, 2013

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____
John P. Makin
Attorneys for Plaintiff
Blackhawk Network, Inc.

Greenan, Peffer, Sallander & Lally LLP

3

Case No.: 4:13-cv-00874-SI