1 | PETER E. MASAITIS (State Bar No. 202006)
2 | BRIAN PARK (State Bar No. 260304)
  | **ALSTON & BIRD LLP**
3 | 333 South Hope Street
  | Sixteenth Floor
4 | Los Angeles, California 90071
  | Telephone:  (213) 576-1000
5 | Facsimile:   (213) 576-1100
  | Email:  michael.hartley@alston.com
6 |          peter.masaitis@alston.com

7 | Attorneys for Defendants
  | GIFTANGO LLC, and
8 | GIFTANGO CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKHAWK NETWORK, INC. an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIFTANGO LLC, a Delaware limited liability company, and GIFTANGO CORPORATION, an Oregon corporation, ,<br><br>Defendants. | Case No.: 4:13-cv-00874-SI<br><br>Honorable Susan Illston<br>Courtroom 10<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Filing Date: February 26, 2013 |

---

STIPULATION TO CONTINUE CMC AND EXTEND TIME TO RESPOND TO COMPLAINT
4:13-cv-00874-SI

LEGAL02/34127679v1

Plaintiff Blackhawk Network, Inc. ("Plaintiff") and defendants Giftango LLC and Giftango Corporation ("Defendants") (Plaintiff and Defendants shall collectively be referred to herein as the "Parties") hereby agree and stipulate as follows:

1. On February 26, 2013, Plaintiff filed the instant action against Defendants in the United States District Court for the Northern District of California. The Complaint was thereafter served on Defendants on March 4, 2013.

2. Defendants' response to the Complaint was originally due on March 25, 2013.

3. After the Complaint was filed, the Parties began negotiating an informal resolution of the instant action, as well as other related actions between the Parties, and in order to allow the Parties time to conclude those negotiations, the Parties agreed to extend the time for Defendants to respond to the Complaint.

4. The time for Defendants to respond to the Complaint was most recently continued to August 30, 2013, and in that stipulation, dated June 10th, the parties also stipulated to the continuance of the Case Management Conference from June 14, 2013 to September 6, 2013.

5. The Parties expected to have a settlement agreement executed before today's deadline for Defendants to respond to the Complaint, but have determined that a term of that agreement requires further negotiation. In order to allow the Parties time to conclude those negotiations without incurring additional costs to litigate this case, the Parties have agreed to further extend the time for Defendants to respond to the Complaint and for the Case Management Conference.

///
///
///
///
///
///
///

NOW THEREFORE, the Parties hereby agree and stipulate that Defendants shall have up to and including September 13, 2013 to respond to the Complaint; and

The Parties further suggest and request that in order to avoid additional costs or imposition on the Court's time and resources, that the Case Management Conference should be continued to 2:30 p.m., Friday, September 20, 2013.

DATED: August 30, 2013       GREENAN, PEFFER, SALLANDER & LALLY LLP

_____
JOHN P. MAKIN
Attorneys for Plaintiff
BLACKHAWK NETWORK, INC.

DATED: August 30, 2013       ALSTON & BIRD LLP

_____
PETER E. MASAITIS
Attorneys for Defendants
GIFTANGO LLC, and
GIFTANGO CORPORATION

## ORDER

Having reviewed the Parties' Stipulation, and good cause having been shown, the Court orders that the Case Management Conference in this matter shall be continued to 2:30pm on September 20, 2013, and Defendants' time to respond to the Complaint shall be extended until September 13, 2013.

DATED: 9/4/13

_____
Honorable Susan Illston

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I caused a copy of the **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT** to be served upon the following counsel in the manner described below:

*Via the Court's CM/ECF system and E-mail:*

John P. Makin, Esq.
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
(925) 866-1000 Telephone
(925) 830-8787 Facsimile
jmakin@gpsllp.com

David P.R. Symes, Esq.
James M. Barrett, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
(925) 866-1000 Telephone
(925) 830-8787 Facsimile
david.symes@ogletreedeakins.com
james.barrett@ogletreedeakins.com

**Attorneys for Plaintiffs Blackhawk Network, Inc., an Arizona Corporation**

By: /s/ Peter E. Masaitis
**Attorney for Defendants**
**GIFTANGO LLC and GIFTANGO CORPORATION**