**GRANTED**
*Susan Illston*
Judge Susan Illston

John P. Makin (SBN 88853)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Plaintiff BLACKHAWK NETWORK, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKHAWK NETWORK, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GIFTANGO LLC, a Delaware limited liability company, and GIFTANGO CORPORATION, an Oregon corporation,,<br><br>Defendants. | Case No.: 4:13-cv-00874-SI<br><br>STIPULATED DISMISSAL OF COMPLAINT AND ENTIRE ACTION WITH PREJUDICE<br><br>Judge: Honorable Susan Illston<br>Action Filed: February 26, 2013 |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(ii) and the agreement of the parties by and through their counsel, the plaintiff Blackhawk Network, Inc. and defendants Giftango LLC and Giftango Corporation stipulate for the dismissal of the complaint and the

Greenan,
Peffer,
Sallander &
Lally LLP

1

Case No.: 4:13-cv-00874-SI

1  entire action with prejudice and each party to bear its own costs.

2  Dated: September 16, 2013

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____
John P. Makin
Attorneys for Plaintiff BLACKHAWK NETWORK, INC.

ALSTON & BIRD LLP

By: _____
Peter A. Masaitis
Attorneys for Defendants GIFTANGO LLC and GIFTANGO CORPORATION

Greenan,
Peffer,
Sallander &
Lally LLP

2

Case No.: 4:13-cv-00874-SI